1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
### EASTERN DISTRICT OF CALIFORNIA
10
11

| JUAN GALVAN, | ) | Case No.: 1:10-cv-1822-SKO |
| | ) | |
| | ) | **ORDER GRANTING PARTIES'** |
| Plaintiff, | ) | **STIPULATED REQUEST** |
| | ) | |
| v. | ) | |
| | ) | (Doc. 13) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

12
13
14
15
16
17
18
19        On April 28, 2011, the parties filed a stipulated request that Plaintiff's deadline to file an
20   opening brief be extended from May 5, 2011, to June 4, 2011.  (Doc. 13.)
21        The parties' request is GRANTED.  Plaintiff shall file his opening brief on or before June
22   4, 2011.
23
24   IT IS SO ORDERED.
25   **Dated:   April 29, 2011**                    _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE
26
27
28