1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8927
       Facsimile:  (415) 744-0135
7      E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                       **FRESNO DIVISION**

12  JUAN G. GALVAN,                    )
                                       )     CIVIL NO. 1:10-cv-1822 SKO
13         Plaintiff,                  )
                                       )
14         v.                          )     **CORRECTED STIPULATION FOR**
                                       )     **EXTENSION OF TIME AND ORDER**
15  MICHAEL J. ASTRUE,                 )
    Commissioner of                    )
16  Social Security,                   )
                                       )
17         Defendant.                  )
    _____    )
18

19         The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

21  Opening Brief up to and including July 27, 2011.  The response is currently due on June 27, 2011.  This

22  extension is being sought because the undersigned attorney for the Commissioner was unable to

23  complete the Commissioner's brief within the original time frame due to a heavy work load and the

24  unavoidable transfer of assignments from other attorneys. Pursuant to the scheduling order, Plaintiff

25  shall still be permitted to reply to Defendant's response.

26

27

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

*/s/ Robert D. Christenson*

Dated: June 27, 2011

ROBERT D. CHRISTENSON
(as authorized telephonically)
Attorney at Law
Attorney for Plaintiff

Dated: June 27, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Patrick William Snyder*

PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

1. The parties' stipulated request for an extension of time is GRANTED;

2. The Commissioner's responsive brief shall be filed on or before July 27, 2011; and

3. Plaintiff may file a reply brief on or before August 15, 2011.

IT IS SO ORDERED.

**Dated:   June 28, 2011**              */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE